CHAPTER 13

                                  :
                                  :        CASE NO.: 16-13147
                                  :
                                  :
            DEBTOR.               :
                                  :
                                  :
                                  :
                                  :
                                  :
_____:

## CERTIFICATION OF SERVICE

I, Benjamin J. Ginter, attorney for the Debtor, do hereby certify that on the 7th day of March of 2016, I mailed via first class mail and return receipt requested a copy of a Chapter 13 Plan Transmittal Letter along with a copy of the Chapter 13 Plan and supporting documents attached, to all parties on the attached service list.

I hereby certify that the foregoing statements made by me are true and I am further aware that if any of the statements that I made are willfully false, I am subject to punishment.

Dated: March 7, 2016

Corporation Service Company

Trenton, NJ 08628

Wells Fargo Home Mortgage
C/o Office, Agent, Director
PO Box 10335
Des Moines, IA 50306

| In Re: | Case No.: | 16-13147 |
|---|---|---|
| Maria Arvelo | Chapter: | 13 |
| | Hearing Date: | 3/29/16 |
| | Judge: | SLM |

## NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

Second Notice to Creditors affected by Motions in Chapter 13 Plans:

You should have previously received from the court a copy of the plan proposed by the Debtor and a *Notice of the Hearing on Confirmation of Plan.*

The enclosed plan is a copy of the one sent to you by the court. It has been served on you again because the plan contains motions that may adversely affect your interest. **Specifically, the debtor(s) has valued real property located at** 927 Bergen Ave, Linden, NJ 07036

_____ **(address) at**

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE
ENTRY OF AN ORDER OF CONFIRAMTION WILL BIND YOU TO ALL OF THE
TERMS OF THE CONFIRMED PLAN.

Date: **March 3, 2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS WILL BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

### YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

## Part 1: Payment and Length of Plan

a.  The debtor shall pay $ 75.**00** per **month** to the Chapter 13 Trustee, starting on **March 1, 2016** for approximately **60** months.

b.  The Debtor shall make plan payments to the Trustee from the following sources:
    **[X]** Future Earnings
    [ ] Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    [ ] Sale of real property
    Description:
    Proposed date for completion: _____

    [ ] Refinance of real property

**a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  | **$75/month until a dcision on Debtors' loan modification application has been reached. If loan modification application is denied, debtor shall surrender the property.** |  |
| Fay Servicing | Primary Residence | $200,259 | 0% |  |  |

| Wells Fargo Home Mortgage | 927 Bergen Ave, Linden, NJ 07036-2201 | $54,219.25 | $189,000 | Fay Servicing holds a first mortgage on the collateral with a balance owed of $275,900. | None | 0.00% | and creditor will be treated as an unsecured creditor. this debt shall be canceled and discharged upon completion of the case. |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
**None**

**e. Secured Claims to Be Paid in Full Through the Plan**

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **None** | | |

## Part 7: Motions

> **NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate

**X** Upon Confirmation
____ Upon Discharge

### b. Payment Notices

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims, Priority Claims**
3) **Secured Claims**
4) **Lease Arrearages**

5) **General Unsecured Claims**

**d. Post-petition claims** The Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified: _____



Joint Debtor



imedina806@gmail.com

BUILDINGS REALTY LLC

973-246-7040(office phone)

Dear Ms. Arvelo:

Thank you for the opportunity of providing you with this Comparable Market Analysis for your property. The other properties included in this analysis represent those that most closely match the features of your property and that are currently on the market or are under contract or have been sold; this information is provided primarily through the Garden State Multiple Listing Service. (Please be aware that this analysis is not an appraisal and should not be regarded as equivalent to an appraisal).

After reviewing all the pertaining data to your property it is my opinion that it can be market and sold within the following ranges Low $189,000.00 - High $202,000.00. Like many other parts of the state your area has been hit with the current down turn in real estate prices and it has been directly affected by Short Sales in the area. After reviewing the Net Proceeds of your market analysis I discovered that you are in a negative position, such will require you to satisfy the difference between the current mortgage liabilities on the property and the possible sales price. If you can not satisfy such amount, I urge you to contact your attorney to possibly apply for Short Sale Request from your lenders or other possible solutions. He can advice you as to the best course of action.

I look forward to working with you as your real estate professional. Please do not hesitate to contact me if you have any questions or require further information.

Sincerely,



ZIP:        07036 | +Sz:              40X95    ADM: 0
RZIP:      07036  SqFt:                  1097    DOM: 0
Block:      112    CLR:              Red      SDA:  No
Lot:          6      CL:                No
Unit #:              GSMLS.com:    No
Floor #:             Pets:              Yes
Bldg #:              YB/Desc/Ren: **1965** / **Approximate** /
FHA55+: No        PSubType:
Style: **Ranch**

Directions: **Elizabeth Ave to Lincoln to Bergen**
INTERIOR
Applncs:
Carbon Monoxide Detector, Microwave Oven, Refrigerator, Range/Oven-Gas
Bsmnt:
Yes / Finished-Partially
Dine:
Exclu:
FirePl:
0 /
Floor:
Carpeting, Tile, Wood
Handicap Modified:
IntFeat:
Carbon Monoxide Detector, Fire Extinguisher, Smoke Detector
Kitch:
MastBr:
MstBath:

FamRm:
/
Mstr:
11x1 / First
Bed2:
10x13 / First
Bed3:
10x12 /
Bed4:
/
: /
: /
: /
: /
LevelB:
Laundry Room, Utility Room
LevelG:
3 Bedrooms, Bath Main, Kitchen, Living Room
Level1:
Level2:
Level3:
OthLev:
UTILITIES
Heat:
1 Unit
Cool:
Wall A/C Unit(s)

$94,000
BldAsmt:
6.277 / 2015
TaxRt:
Other:
$ /
Easement:
Unknown /
$137,700
TotAsmt:

Copyright, Garden State MLS, L.L.C.

*\*\*Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.\*\**

**ISMAEL MEDINA**

## Residential One Liner

| No: | ML# | MED | ST | Town | Code | Address | LP | Style | RM | BR | TBT | Gar | BSMT | SP | DOM |
|-----|-----|-----|-----|------|------|---------|-----|-------|-----|-----|-----|-----|------|-----|-----|
| 1 | 3206369 | 12 | A | Linden City | 2909 | 931 Essex Ave | $160,000 | Ranch | 7 | 3 | 1.0 | 1 | Yes | $ | 347 |
| 2 | 3278624 | 1 | A | Linden City | 2909 | 1417 Bergen Ave | $180,000 | A-Frame, Colonial, Detached | 6 | 3 | 2.0 | 2 | Yes | $ | 35 |
| 3 | 3207694 | 1 | A | Linden City | 2909 | 1024 Bergen Ave | $229,900 | Cape Cod | 7 | 4 | 1.0 | 1 | Yes | $ | 343 |
| 4 | 3251684 | 25 | S | Linden City | 2909 | 219 Lincoln St | $159,900 | Ranch | 5 | 3 | 1.0 | 0 | Yes | $155,000 | 26 |
| 5 | 3254344 | 20 | S | Linden | 2909 | 140 E Morris | $210,000 | Ranch | 5 | 3 | 1.0 | 1 | Yes | $205,000 | 40 |

|  | | |
|---|---|---|
|  | $0 | 0.0 |
|  | $0 | 0.0 |
|  | $0 | 0.0 |
|  | $0 | 0.0 |
| **Average Sale Price** | $196,750 | |
| **Adjusted Sale Price** | $201,750 | |
| **Percent Sale Price Range** | 0.0 | |

| **Suggested Sale Price Range** | Min | Max |
|---|---|---|
|  | $0 | $0 |

Net Proceeds For Seller Property

For estimation purposes only.

| | | | |
|---|---|---|---|
| Settlement Costs: | $279,656.00 | | |
| Present 1st Mtg Balance | 200,000.00 | Present 2nd Mtg Balance | $65,000.00 |
| Interest Due on 1st Mtg | $0.00 | Interest Due on 2nd Mtg | $0.00 |
| Pre-Payment Penalty 1st Mtg | $0.00 | Pre-payment Penalty 2nd Mtg | $0.00 |
| Listing Broker Fee | $6,060.00 | Selling Broker Fee | $6,060.00 |
| Discount Points | $0.00 | Appraiser | $0.00 |
| State Deed Tax | $1,036.00 | Seller Paid Buyer Costs | $0.00 |
| Attorney Fee | $1,500.00 | Document Preparation Fee | $0.00 |
| Other Costs: | $375.00 | | |
| Special Assessements | $0.00 | Home Inspection | $0.00 |
| Special Assessments Search | $0.00 | Final Inspection | $0.00 |
| Conservation Fee | $0.00 | Septic Inspection | $0.00 |
| Home Warranty Policy | $0.00 | Smoke Detector Inspection | $125.00 |
| Tax Proration | $0.00 | Well Inspection | $0.00 |
| HOA Fee | $0.00 | Other Settlement Fees | $0.00 |
| Lender Requirements (FHA/VA per contract) | $0.00 | Recording Fee | $250.00 |
| Special Assessments Search | $0.00 | | |
| Extra Costs: | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 3244781 | 22 | S | Linden City | 2909 | 706 Essex Ave | $225,000 | Cape Cod | 6 | 3 | 2.0 | 0 | Yes | $210,000 | 20 |
| 7 | 3181929 | 20 | S | Linden City | 2909 | 1211 E Henry St | $229,900 | Expanded Ranch | 7 | 3 | 2.0 | 0 | Yes | $215,000 | 52 |

Copyright, Garden State MLS, L.L.C.

*\*\*Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.\*\**

**ISMAEL MEDINA**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 17 | 114,558 | 105,000 | 6 | 130,833 | 107,500 | 7 | 94,957 | 99,900 | 126 | 4 | 181,725 | 98,450 | 100 | 95% |
| 2 | 50 | 170,423 | 164,450 | 9 | 177,189 | 159,000 | 7 | 135,396 | 120,000 | 128 | 3 | 150,500 | 163,000 | 144 | 105% |
| 3 | 121 | 225,222 | 219,900 | 41 | 238,734 | 229,900 | 26 | 216,307 | 206,950 | 113 | 21 | 212,834 | 220,000 | 71 | 94% |
| 4 | 65 | 282,449 | 263,900 | 21 | 296,194 | 280,000 | 13 | 234,190 | 219,500 | 90 | 13 | 232,885 | 214,000 | 70 | 96% |
| 5+ | 12 | 294,542 | 304,950 | 4 | 325,950 | 317,450 | 4 | 311,675 | 311,400 | 101 | | 0 | 0 | | 0% |
| TOWN | 267 | 223,537 | 219,900 | 81 | 243,107 | 239,000 | 57 | 202,259 | 199,900 | 110 | 41 | 202,815 | 210,000 | 79 | 95% |
| ALL TOWNS | 267 | 223,537 | | 81 | 243,107 | | 57 | 202,259 | | 110 | 41 | 202,815 | | 79 | 95% |

© Copyright, Garden State MLS, L.L.C.

**ISMAEL MEDINA**

| | | | | |
|---|---|---|---|---|
| Yr Built/Desc | 1965 | 9999 | 1940 | 9999 |
| Rooms | 6 | 7 | 6 | 7 |
| Bed Rooms | 3 | 3 | 3 | 4 |
| Total Baths | 1.0 | 1.0 | 2.0 | 1.0 |
| Bldg / Unit | | | | |
| Section | | | | |
| Lot Size | 40X95 | 45.5X100 | 70X100 | 40X100 |
| Acres | 0.09 | 0.10 | 0.16 | 0.09 |
| Garage / Desc | Attached | Detached Garage | Detached Garage | Detached Garage |
| Base / Desc | FinPart | Finished-Partially | Full, Walkout | Finished-Partially |
| Pool / Desc | | | | |
| Firepl / Desc | | | | |
| Kit Lev / Dim | 1/11x14 | / | First/ | First/10x15 |
| Kitchen Area | | Eat-In Kitchen | Eat-In Kitchen | Eat-In Kitchen |
| Din Lev / Dim | / | / | / | First/12x12 |
| Dining Area | | | Formal Dining Room | Formal Dining Room |
| Liv Lev / Dim | 1/13x13 | / | First/ | First/12x14 |
| Fam Lev/ Dim | / | / | / | / |
| MBR Lev/Dim | / | / | / | / |
| Master Bedroom | | | 1st Floor | |
| Master Bath | | | | |
| Heat / Fuel | 1Unit | Radiators - Steam | 1 Unit | 1 Unit, Radiators - Steam |
| Cool | WallUnit | Window A/C(s) | 2 Units, Central Air | 1 Unit, Wall A/C Unit(s) |
| Sewer | Public | Public Sewer | Public Available | Public Sewer |
| Water | Public | Public Water | Public Water | Public Water |

| | | | | |
|---|---|---|---|---|
| Bed Rooms | 3 | 3 | 3 | 3 |
| Total Baths | 1.0 | 1.0 | 2.0 | 2.0 |
| Bldg / Unit | | | | |
| Section | | | | |
| Lot Size | 40X100 per Tax Records | 40X150 | 50X90 | 80X100 per tax records |
| Acres | 0.09 | 0.14 | 0.10 | 0.18 |
| Garage / Desc | None | Attached Garage, Garage Door Opener | | None |
| Base / Desc | Full, Unfinished, Walkout | Bilco-Style Door, Finished, French Drain, Full | Finished, Full | Finished, Full, Walkout |
| Pool / Desc | | | | |
| Firepl / Desc | | | | Living Room, Wood Burning |
| Kit Lev / Dim | First/ | First/ | First/14x8 | First/ |
| Kitchen Area | Eat-In Kitchen | Eat-In Kitchen | Eat-In Kitchen | Eat-In Kitchen |
| Din Lev / Dim | / | First/ | First/10x12 | First/ |
| Dining Area | | | Formal Dining Room | Formal Dining Room |
| Liv Lev / Dim | First/ | First/ | First/11x18 | First/ |
| Fam Lev/ Dim | / | Basement/ | Basement/ | / |
| MBR Lev/Dim | First/ | First/ | Basement/ | First/ |
| Master Bedroom | | 1st Floor | | |
| Master Bath | | Tub Shower | | |
| Heat / Fuel | Radiators - Hot Water | 1 Unit, Forced Hot Air | 1 Unit, Baseboard - Hotwater | 1 Unit |

| Days on Mkt | 27 | 28 | 29 | 62 |
|---|---|---|---|---|
| Closing Date | 11/30/2015 | 12/10/2015 | 10/23/2015 | 03/20/2015 |
| Original LP | 159,900 | 219,000 | 225,000 | 229,900 |
| Sold Price | 155,000 | 207,000 | 210,000 | 215,000 |
| 55+ (FHA Compliant) | No | No | No | No |



| ML# | OLP | LP | SP | DOM | Address | Town | Status | RMS | BRS | BTH | GAR | BSMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3206369 | $190,000 | $160,000 | | 347 931 | Essex Ave | Linden City | A | 7 | 3 | 1.0 | 1 | Y |
| 3278624 | $180,000 | $180,000 | | 35 1417 | Bergen Ave | Linden City | A | 6 | 3 | 2.0 | 2 | Y |
| 3207694 | $229,900 | $229,900 | | 343 1024 | Bergen Ave | Linden City | A | 7 | 4 | 1.0 | 1 | Y |
| 3251684 | $159,900 | $159,900 | $155,000 | 26 219 | Lincoln St | Linden City | S | 5 | 3 | 1.0 | 0 | Y |
| 3254344 | $219,000 | $219,000 | $207,000 | 40 140 | E Morris Ave | Linden City | S | 5 | 3 | 1.0 | 1 | Y |
| 3244781 | $225,000 | $225,000 | $210,000 | 20 706 | Essex Ave | Linden City | S | 6 | 3 | 2.0 | 0 | Y |
| 3181929 | $229,900 | $229,900 | $215,000 | 52 1211 | E Henry St | Linden City | S | 7 | 3 | 2.0 | 0 | Y |



| ML# | OLP | LP | SP | DOM | Address | Town | Status | RMS | BRS | BTH | GAR | BSMT |
|-----|-----|-----|-----|-----|---------|------|--------|-----|-----|-----|-----|------|
| 3206369 | $190,000 | $160,000 | | 347 931 | Essex Ave | Linden City | A | 7 | 3 | 1.0 | 1 | Y |
| 3278624 | $180,000 | $180,000 | | 35 1417 | Bergen Ave | Linden City | A | 6 | 3 | 2.0 | 2 | Y |
| 3207694 | $229,900 | $229,900 | | 343 1024 | Bergen Ave | Linden City | A | 7 | 4 | 1.0 | 1 | Y |
| 3251684 | $159,900 | $159,900 | $155,000 | 26 219 | Lincoln St | Linden City | S | 5 | 3 | 1.0 | 0 | Y |
| 3254344 | $219,000 | $219,000 | $207,000 | 40 140 | E Morris Ave | Linden City | S | 5 | 3 | 1.0 | 1 | Y |
| 3244781 | $225,000 | $225,000 | $210,000 | 20 706 | Essex Ave | Linden City | S | 6 | 3 | 2.0 | 0 | Y |
| 3181929 | $229,900 | $229,900 | $215,000 | 52 1211 | E Henry St | Linden City | S | 7 | 3 | 2.0 | 0 | Y |



| ML# | OLP | LP | SP | DOM | Address | Town | Status | RMS | BRS | BTH | GAR | BSMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3206369 | $190,000 | $160,000 | | 347 931 | Essex Ave | Linden City | A | 7 | 3 | 1.0 | 1 | Y |
| 3278624 | $180,000 | $180,000 | | 35 1417 | Bergen Ave | Linden City | A | 6 | 3 | 2.0 | 2 | Y |
| 3207694 | $229,900 | $229,900 | | 343 1024 | Bergen Ave | Linden City | A | 7 | 4 | 1.0 | 1 | Y |



| ML# | OLP | LP | SP | DOM | Address | Town | Status | RMS | BRS | BTH | GAR | BSMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3251684 | $159,900 | $159,900 | $155,000 | 26 | 219 Lincoln St | Linden City | S | 5 | 3 | 1.0 | 0 | Y |
| 3254344 | $219,000 | $219,000 | $207,000 | 40 | 140 E Morris Ave | Linden City | S | 5 | 3 | 1.0 | 1 | Y |
| 3244781 | $225,000 | $225,000 | $210,000 | 20 | 706 Essex Ave | Linden City | S | 6 | 3 | 2.0 | 0 | Y |
| 3181929 | $229,900 | $229,900 | $215,000 | 52 | 1211 E Henry St | Linden City | S | 7 | 3 | 2.0 | 0 | Y |